181 So. 125

### Rex FINLEY et al. v. STATE.

8 Div. 896.

Supreme Court of Alabama.

April 14, 1938.

Rehearing Denied May 19, 1938.

E. W. Godbey, of Decatur, for the Motion.

A. A. Carmichael, Atty. Gen., opposed.

KNIGHT, Justice.

Petition of Rex Finley and Carl Hendon for certiorari to the Court of Appeals to review and revise the judgment and decision of that court in the case of Finley et al. v. State, 181 So. 123.

Writ denied.

ANDERSON, C. J., and THOMAS and BROWN, JJ., concur.